UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 25-MJ-03110 |
| ALEJANDRO PALOMO GODINES, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by its attorneys, Gregory M. Gilmore, United States Attorney for the Central District of Illinois, and Sarah E. Seberger, Assistant United States Attorney, respectfully submits its motion to dismiss complaint. In support, the government states the following:

A complaint and arrest warrant charging the defendant with possession of a firearm by a prohibited person was entered by this Court on May 16, 2025.

The government wishes to exercise its discretion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government requests that the pending complaint in the above matter be dismissed, without prejudice. Acting United States Attorney Gilmore has authorized the dismissal of this matter.

The defendant, though his attorney Robert Scherschligt, has no objection to the motion to dismiss.

WHEREFORE, the government respectfully requests that its motion be granted.

Respectfully submitted,

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY

By:  /s/ *Sarah E. Seberger*
Sarah E. Seberger, IL Bar No. 6313942
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: sarah.seberger@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Sarah E. Seberger
Sarah E. Seberger
Assistant United States Attorney